The People of the State of Illinois, defendant in error, v. Sam Garber, plaintiff in error. Gen. No. 29,421.

Prosecution for issuing check with intent to defraud. Defendant adjudged guilty. Error to the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding. Heard in the second division

of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed February 3, 1925.

Charles E. Erbstein and John B. Fruchtl, for plaintiff in error. Robert E. Crowe, State's Attorney, Edward E. Wilson and Clarence E. Nelson, Assistant State's Attorneys, for defendant in error.

Mr. Justice Gridley delivered the opinion of the court.